UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-tp-80013-RLR-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL C. RUSSELL,

    Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, MICHAEL C. RUSSELL, appeared before the Court on January 23, 2024, represented by counsel, for a final hearing for violations of his supervised release. Defendant was convicted of conspiracy to distribute heroin, in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B) and was sentenced to 120 twenty months of imprisonment followed by 8 years of supervised release with certain special conditions. Defendant's term of supervised release commenced on June 5, 2023.

Defendant is now charged with the following violations of his conditions of supervision:

1. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On September 28, and October 6, 2023, the defendant submitted urine specimens which tested positive for marijuana in our local laboratory; and was subsequently confirmed with Alere Toxicology Services, Incorporated.

2. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On October 20, 2023, the defendant submitted a urine specimen which tested positive for methamphetamine in our local laboratory; and was subsequently confirmed with Alere Toxicology Services, Incorporated.

3. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On November 2, 2023, the defendant submitted a urine

      specimen which tested positive for cocaine in our local laboratory; and was subsequently confirmed with Alere Toxicology Services, Incorporated.

4. **Violation of Special Condition**, by failing to participate in an approved treatment program. The defendant failed to attend his appointments on October 19 and November 2, 2023, with Compass Healthcare Systems, and to date, has not satisfactorily participated in treatment as directed by the court and monitored by the U.S. Probation Officer.

5. **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or between November 8, 2023, in Palm Beach County, Florida, the defendant committed the offenses (11 counts) of Unlawful possession of the personal identification of another person, five or more persons, contrary to Florida Statute 817.5685. 3b2, a 3rd degree felony.

6. **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or between November 8, 2023, in Palm Beach County, Florida, the defendant committed the offense of Opium or derivatives, possession with intent to sell, contrary to Florida Statute 893.13 1(A)2, a 2nd degree felony.

7. **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or between November 8, 2023, in Palm Beach County, Florida, the defendant committed the offense of Resisting arrest without violence, contrary to Florida Statute 843.02, a 1st degree misdemeanor.

At the hearing, Defendant knowingly, voluntarily, and with advice from counsel admitted to committing violations 1 through 4 of his supervised release. As to violation 7, the parties agreed that, should there be a final hearing, the Government would prove that Defendant committed the violation by a preponderance of the evidence. The Government agreed to dismiss violations 5 and 6 at sentencing.

Based on the foregoing, the Court **RECOMMENDS** that the District Judge accept Defendant's admissions and find him guilty of committing violations 1 through 4 and violation 7 of his supervised release as charged in open court. The Court further **RECOMMENDS** that this matter be set down for sentencing before the presiding U.S. District Judge.

A party shall have fourteen (14) days from the date of being served with a copy of this

Report and Recommendation within which to file written objections, if any, with the U.S. District Judge.  Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1 (2016).

      **RESPECTFULLY RECOMMENDED** in Chambers at West Palm Beach in the Southern District of Florida this 23rd day of January 2024.

                                            RYON M. MCCABE
                                            U.S. MAGISTRATE JUDGE